■ BERKELEY ASSOCIATES Co. et al., Petitioners, v PETER J. McQUILLAN et al., Respondents. MAGDA ABOU-SAIF et al., Respondents, v BERKELEY ASSOCIATES COMPANY et al., Appellants. — Application by petitioners for a writ of mandamus denied, the cross motion granted and the petition dismissed, without costs

and without disbursements, and it is further unanimously ordered that the motion for a stay is denied. No opinion. Concur — Kupferman, J. P., Sandler, Asch, Lynch and Milonas, JJ.